# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>AN APPLE IPAD, AN APPLE MACBOOK PRO LAPTOP COMPUTER, AN APPLE MACBOOK AIR LAPTOP COMPUTER, APPLE IPOD, and AN APPLE IPHONE CELLULAR TELEPHONE CURRENTLY STORED IN THE JOPLIN POLICE DEPARTMENT | ) <br>) <br>) Case No. 13-SW-20710PR<br>) <br>) <br>) <br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Missouri
*(identify the person or describe the property to be searched and give its location)*:
an Apple iPad, an Apple MacBook pro laptop computer, an Apple MacBook Air laptop computer, an Apple iPod, and an Apple iPhone cellular telephone currently stored in the Joplin Police Department, further described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
**See Attachment B**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   October 17, 2013
                                                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
**David P. Rush**
         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/3/13   10:20 a.m.      _____
                                                                                                Judge's signature

City and state:   **Springfield, Missouri**         **David P. Rush, United States Magistrate Judge**
                                                                                                *Printed name and title*

**ORIGINAL**

*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: 10/04/13 - 0800 | Copy of warrant and inventory left with: Served on property |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

See attachment A

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/10/13

_____
Executing officer's signature

Charles Root FBI TFO
Printed name and title

# ATTACHMENT A
## DESCRIPTION OF PROPERTY TO BE SEARCHED

The property described below is currently in the custody of the Joplin Police Department and will be examined at the Joplin Police Department Cyber Lab, Joplin, Missouri:

- a. Apple iPad, model # MD526LL/A, serial # DMPJNC2AF191

- b. Apple MacBook Pro laptop computer, serial # WQ02DJSATM

- c. Apple MacBook Air laptop computer, Model # A1369, serial # C02GL00RDJWT

- d. Apple iPhone cell phone, model #A1429, serial # unknown

- e. Apple iPod, model # A1421, serial # CCQJL9HCF4K2

# ATTACHMENT B
## Particular Things to be Seized

1. Photographs, video recordings, records, documents, writings, and correspondence with others pertaining to the possession, receipt, distribution, transportation or advertisement of visual depictions of minors engaged in sexually explicit conduct or child pornography.

2. Any and all photographs, video recordings, documents, records, ledgers, correspondence, receipts, magazines and other materials reflecting the purchase, sale, trade, transmission, advertising, transport, distribution, receipt and possession of any visual depiction of minors engaged in sexually explicit conduct or to show or evidence a sexual interest in minors or desire or motive to collect, distribute, and receive visual depictions of minors engaged in sexually explicit conduct or child pornography.

3. Any and all photographs, letters, written narratives and computer text files or any electronic matter to show or evidence a sexual interest in minors or desire or motive to advertise, distribute, transport, receive, collect or possess visual depictions of minors engaged in sexually explicit conduct or child pornography.

4. Any and all records showing or bearing indicia of the use, ownership, possession, or control of the property described above and items contained therein, including visual depictions of minors engaged in sexually explicit conduct, child pornography, computer equipment, accessories, telephone(s), modem(s), or such records, whether stored in files, invoices, bills, leases, deeds, permits, licenses, telephone bills, tax receipts, or other documentation, or on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, or storage media.

5. All correspondence, including, but not limited to, electronic mail, chat logs, IRC logs, ICQ logs, all usage records for distributed file sharing technologies, and electronic messages, offering to distribute and receive visual depictions of minors engaged in sexually explicit conduct or child pornography, or to show or evidence a sexual interest in minors or desire or motive to advertise, distribute, transport, receive, collect and possess visual depictions of minors engaged in sexually explicit conduct or child pornography.

6. Records or other items that evidence ownership or use of computer and other equipment, including, but not limited to, correspondence, sales receipts, and bills for Internet access, all handwritten notes and handwritten notes in computer manuals.

7. Keys, storage combinations, passwords, and paperwork which indicate any other storage containers or facilities that could contain evidence of collection, advertising, transport, distribution, receipt, or possession of visual depictions of minors engaging in sexually explicit conduct or child pornography.